TONI WHITE
CA Bar No. 210119
Law Office of Toni White
P.O. Box 1068
Placerville CA 95667
Tel (530) 885-6244
Attorney for Wilbur Lopez Santos

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILBUR LOPEZ SANTOS, | Case No.:   1:26-cv-3915 DJC-CKD (HC) |
|    Petitioner, | |
|     v. | **ORDER RE REQUEST TO EXTEND DUE DATE FOR FILING OF FIRST AMENDED HABEAS CORPUS PETITION** |
| WARDEN, ET AL., | |
|    Respondents. | |

For the reasons referenced below, Counsel Toni White, on behalf of Petitioner Wilburt Lopez Santos, requests that the due date for filing of Petitioner's First Amended Habeas Corpus Petitioner be extended to July 2, 2026. The undersigned was recently appointed. The undersigned has reviewed documents, conducted initial research related to grounds for the first amended habeas petition, consulted with an immigration attorney, obtained the services of an interpreter and scheduled a visit with Mr. Santos. Additional time is needed to obtain information from the immigration attorney, to consult with Mr. Santos, to complete research and file the first amended habeas corpus petition.

////

////

1

ORDER RE REQUEST TO EXTEND DUE DATE FOR FILING OF FIRST AMENDED HABEAS CORPUS
PETITION

Given the above-referenced facts, it is requested that the due date for Petitioner's First Amended Habeas Corpus Petition be continued until July 2, 2026.

Dated:  June 19, 2026

Respectfully submitted,

/s/ Toni White

TONI WHITE
ATTORNEY FOR PETITIONER
Wilber Lopez Santos

**ORDER**

IT IS SO FOUND AND ORDERED.

IT IS ORDERED that counsel for Petitioner shall file his Reply on or before July 2, 2026.

Dated:  June 22, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2

ORDER RE REQUEST TO EXTEND DUE DATE FOR FILING OF FIRST AMENDED HABEAS CORPUS PETITION