UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBUR LOPEZ SANTOS,

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondents.

No. 1:26-cv-03915-DJC-CKD

ORDER

On July 2, 2026, Petitioner filed his First Amended Petition for Writ of Habeas Corpus. (ECF No. 11.) Based on the information in the Petition, the Court ordered a return under 28 U.S.C. § 2243. (ECF No. 13.) In response to that order, the Government informed the Court that Petitioner was ordered removed by an Immigration Judge on June 15 and Petitioner had not filed an appeal of that decision. (*See* ECF Nos. 15-1, 15-3.) Accordingly, Petitioner is subject to the mandatory detention provisions of 8 U.S.C. § 1231(a), and is no longer entitled to relief.

////

////

////

////

////

Accordingly, the Amended Petition for Writ of Habeas Corpus (ECF No. 11) is DENIED. This denial is without prejudice to Petitioner seeking habeas relief on any other ground. The Clerk of the Court is directed to close this case. This order resolves all pending motions.

IT IS SO ORDERED.

Dated: **July 27, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE